## United States of America
## vs.
## Fatih Sonmez

**Criminal No. RDB-12-0669**     **Defendant's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | | | Affidavits/statements of Bona Fide Intent |
| 2 | | | NOID responses from Tina Eckloff and Fatih Sonmez |
| 3 | May 14, 2013 | | Joint lease agreement between Tina Eckloff and Fatih Sonmez |
| 4 | | | Handwritten NOID response draft |
| 4a | May 14, 2013 | | |
| 4b | May 14, 2013 | May 14, 2013 | |
| 5 | | | Medical reports |
| 6 | | | Copies of Wachovia bank cards |
| 7 | May 14, 2013 | May 14, 2013 | Pictures of Tina and Fatih |
| 8 | | | ICE reports of investigation |
| 9 | | | Divorce documents |
| 10 | | | Psychiatric report for Fatih Sonmez |
| 11 | | | Extracts from USCIS |
| 12 | May 14, 2013 | May 14, 2013 | Copy of phone bill |
| 13 | May 14, 2013 | May 14, 2013 | Selected pictures of text messages |
| 14 | | | Cover letter, proof of delivery |
| 15 | | | Redacted tax transcripts |
| 16 | May 14, 2013 | May 14, 2013 | Marriage interview notice |
| 17 | | | USCIS online case status |
| 18 | | | Fatih Sonmez Notice to Appear |
| 19 | | | Copy of erroneous background check |
| 20 | May 14, 2013 | | Redacted grand jury testimony of Tina Albrecht |

Exhibit List (Rev. 3/1999)